IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Roger Allen Philbrick

Case No. 09-82120
Chapter 13

Social Security No.:
xxx-xx-8689

Address:
446 Carl Scott Road, Bear Creek NC 27207

Debtor

### ORDER RESTRICTING ACCESS TO FILED DOCUMENT

**TO:** Chapter 13 Trustee

**ON MOTION** of the Debtor Roger Allen Philbrick for an Order Restricting Access to Filed Document, and pursuant to Rule 9037(d) and for good cause shown, it is

**ORDERED** that the Clerk of Court shall disable public access to Proof of Claim #5 filed by UNC Physicians & Associates on 12/15/2009  Access to this Proof of Claim may still be provided by the Clerk of Court to Debtor, Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon request.

UNC Physicians & Associates, by service of a copy of this Order, is directed to amend the Proof of Claim #5 filed in this case within twenty (20) days from entry of this Order with any private information redacted.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Roger Allen Philbrick

Case No. 09-82120
Chapter 13

Social Security No.:
xxx-xx-8689

Address:
446 Carl Scott Road, Bear Creek NC 27207

Debtor

## LIST SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the **ORDER RESTRICTING ACCESS TO FILED DOCUMENT** entered _____ , by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

| Richard M. Hutson, II<br>Chapter 13 Trustee<br>P.O. Box 3613<br>Durham, N.C. 27702-3613 | Edward C. Boltz<br>The Law Offices of John T. Orcutt<br>Attorney for Debtor<br>1738 Hillandale Road<br>Suite D<br>Durham, N.C. 27705 |
| --- | --- |
| UNC PHYSICIANS & ASSOCIATES<br>Attn: Managing Agent<br>143 W. Franklin St., Ste 600<br>Chapel Hill NC 27514 | |